United States Bankruptcy Court
District of Maryland

In re:  
Luther Eugene McDaniels  
    Debtor

Case No. 20-16231-TJC  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0416-0     User: rhegerle     Page 1 of 1     Date Rcvd: Sep 11, 2020  
                    Form ID: pdfparty     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2020.  
db          +Luther Eugene McDaniels,   16711 Bealle Hill Forest,   Accokeek, MD 20607-3351

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2020 at the address(es) listed below:  
            Ericca L Pearson     ericca.pearson@adamslawoffice.net,   admin@adamslawoffice.net,  
             alobkmail@gmail.com,lawar70615@notify.bestcase.com  
            Nisha Ryan Patel     npatel@siwpc.com,   bkreferrals@siwpc.com,siwbkecf@siwpc.com,  
             siwpc@ecf.courtdrive.com,siwattecf@siwpc.com  
            Rebecca A. Herr     ecf@ch13md.com  
            Suren G. Adams     admin@adamslawoffice.net,   alobkmail@gmail.com,lawar70615@notify.bestcase.com  
                                                                                                                  TOTAL: 4

Entered: September 11th, 2020
Signed: September 10th, 2020
**SO ORDERED**



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **20–16231 – TJC**    Chapter: **13**

**Luther Eugene McDaniels**
Debtor

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN
## WITH LEAVE TO AMEND

Having held a hearing on the Chapter 13 Plan proposed by the Debtor and having concluded that the proposed Plan does not fulfill the requirements for confirmation set out in 11 U.S.C. § 1325, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that confirmation of the Chapter 13 Plan proposed by the Debtor is denied; and it is further

ORDERED, that the Debtor is granted leave to file an amended Plan on or before **October 19, 2020;** and it is further

ORDERED, that if an Amended Plan is timely filed and served on all creditors and parties in interest, the hearing on confirmation of the Amended Plan shall take place on **November 24, 2020, at 10:00 am, in Courtroom 3E of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770;** and it is further

**ORDERED, that if an Amended Plan is timely filed, the Debtor/Counsel shall mail: (1) a copy of this Order, and (2) the Amended Plan to all creditors and parties requesting notice, and shall file with the court a certificate of service by the date set for filing the Amended Plan;** and it is further

ORDERED, that if within the time granted for amendment the Debtor does not file an Amended Plan, or if this case is not converted to a case under another chapter or voluntarily dismissed, then this case may be dismissed by the Court pursuant to 11 U.S.C. § 1307(c)(5) without further notice or hearing.

cc:    Debtor
       Attorney for Debtor – Ericca L Pearson
       Case Trustee – Rebecca A. Herr

## End of Order

08x02a (rev. 04/17/2018) – rhester